IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CALIBER ONE INDEMNITY CO., | ) | |
| | ) | |
| Plaintiff/ Counterdefendant, | ) | No. 04 C 2424 |
| | ) | |
| vs. | ) | Honorable Maria Valdez |
| | ) | |
| MILLARD CHICAGO WINDOW CLEANING, LLC, et al. | ) ) ) | |
| | ) | |
| Defendants/ Counterclaimants. | ) | |

**JOINT MOTION OF PARTIES**
**FOR ENTRY OF STIPULATED JUDGMENT**

The plaintiff/ counterdefendant, Caliber One Indemnity Company, and the defendants/ counterclaimants, Millard Chicago Window Cleaning, LLC and The Millard Group, Inc., jointly move this Court for entry of judgment in the form of the attached Stipulated Judgment.

Respectfully submitted,

Caliber One Indemnity Co.                Millard Chicago Window Cleaning, LLC
                                         and The Millard Group, Inc.


 /s/ William F. Stewart                   /s/ Marion B. Adler
William F. Stewart                       Marion B. Adler
Cozen O'Connor                           Michael Rachlis
200 Four Falls Corporate Center          Rachlis Durham Duff & Adler, LLC
Suite 400                                542 South Dearborn
West Conshohocken, PA  19428             Suite 900
(610) 941-5400                           Chicago, Illinois 60605
                                         (312) 733-3950

Bruce Lichtcsien
Cozen O'Connor
South Riverside Plaza, Suite 1500
Chicago, IL 60606-6000
(312) 382-3100

Date:   November 13, 2007